## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-10019-CIV-KING/TORRES

ARIEL NORLAN GARCIA MORAN,

       Plaintiff,

v.

ISLAMORADA LEISURE PROPERTIES, INC.
d/b/a PINES AND PALMS RESORT and
JAMES BERNARDIN,

       Defendants.

_____/

### **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal of Action with Prejudice (D.E. #11) filed May 27, 2016, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED WITH PREJUDICE.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 31st day of May, 2016.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record